FILED - GR
April 10, 2023 3:56 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB /4/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zachary Charles Tretchler,   Case No:
Petitioner                    Hon.
V,
Brain S. Miller,
Respondent

1:23-cv-366
Phillip J. Green
U.S. Magistrate Judge

PETITION

This is a habeas corpus action filed by petitioner pursuant to 28 U.S.C. § 2241.

On February 12, 2023, Petitioner was booked into Mecosta County Jail.

On February 13, 2023, Petitioner was arraigned before Magistrate Thomas G. Lyons P02773 on a charge 1) Assault and Battery

On the document entitled Complaint Misdemeanor shows 1) victim or complainant: Trooper James Yates; Complaining Witness: Trooper James Yates; and TPR Jeff Huaina on 3-9-2023 (see attached Complaint Misdemeanor Exhibit A). These government officials failed to allow Victims Jessica Irene Taylor and Sara Marie-hope Taylor nor Complainant Viola Marie Taylor sign under Oath or Affirmation that Petitioner Zachary Charles Tretchler committed the charge nor to initiate the issuance of a Warrant in violation of 4th amendment of the U.S. Constitution:

The right of the people to be secure in their persons, houses, papers, and effects, against

unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Fourth Amendment provides protection only when there has been a search or seizure. Requiring a warrant places a significant check on police activity and so provides considerable protection for personal liberty. The lack of a warrant in Petitioner's case and the Complaint Misdemeanor shows it was filled out by Big Rapids Police Officer's. Due to these government officials egregious actions further violates Petitioner's process rights which include the right to "due process of law," found in the Fifth and Fourteenth Amendments and the right to "equal protection of the laws."

The Fifth Amendment, which applies to the federal government, states that "No person shall... be deprived of life, liberty, or property, without due process of law."

The Fourteenth Amendment adds "nor shall any state deprive any person of life, liberty, or property, without due process of law."

Dated: 4-5-23

By: Zachary Tretchler
Petitioner

Zachary Tretchler
225 South Stewart St.
Big Rapids MI, 49347

GRAND RAPIDS MI  493
6 APR 2023  PM 2  L



**This Correspondence Is From An Inmate At The Mecosta County Jail**

U.S. District Court
399 Federal Bldg.
110 Michigan St. N.W.
Grand Rapids MI, 49503

49503-236399